MINNIE R. ZABRISKIE et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

(Argued October 16, 1935; decided November 19, 1935.)

*Charles L. Woody* and *Joshua D. Jones* for appellants.
*Paul Windels, Corporation Counsel (Seymour B. Quel* and *Alfred D. Jahr* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.